UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:25-cr-224-KCD-KRH

WALTER JAMES MARSHALL

## FINAL ORDER OF FORFEITURE

The United States moves for a final order of forfeiture for an SCCY Industry CPX1 pistol (SN: C455077) and assorted ammunition, which were subject to a February 18, 2026, preliminary order of forfeiture. Doc. 40.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, from March 20, 2026 through April 18, 2026. Doc. 42. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the firearm and ammunition are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**ORDERED** in Fort Myers, Florida, on June 3, 2026.

Kyle C. Dudek
United States District Judge